UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| KATHY RUSSELL; TIFFANY ASHLEY; and KRYSTAL STASKO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TYSON FARMS, INC. d/b/a RIVER VALLEY INGREDIENTS; JASON SPANN; HYDRASERVICE, INC., and JASPER WATER WORKS AND SEWER BOARD, INC.<br><br>Defendants. | Case No.: 5:19-cv-1179-LCB[1] |

## ORDER

As noted in the memorandum opinion issued on June 8, 2020, the plaintiffs have been granted leave to amend their complaint. The plaintiffs shall file their amended complaint on or before August 20, 2020. If deemed appropriate, the defendants may then renew their motions to strike and/or motions to dismiss within 21 days.

---

[1] This case is consolidated with *Ashley, et al, v. Tyson Farms, Inc., et al.,* 5:19-cv-1180-LCB. Unless otherwise indicated, all citations in this memorandum opinion refer to the record in case number 5:19-cv-1179-LCB, *Russell, et al. v. Tyson, et al*.

The Court is not inclined to allow any discovery at this time.  However, should the plaintiffs demonstrate that good cause exists to conduct limited discovery in order to refine their class definition, the Court may allow such discovery provided the plaintiffs specifically identify the information sought.  The Clerk is directed to **TERM** the parties' "Joint Motion for Clarification of February 5, 2020 Order." (Doc. 58).

**DONE** and **ORDERED** June 12, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE