# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| KATHY RUSSELL; TIFFANY ASHLEY; and KRYSTAL STASKO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TYSON FARMS, INC. d/b/a RIVER VALLEY INGREDIENTS; JASON SPANN; HYDRASERVICE, INC., and JASPER WATER WORKS AND SEWER BOARD, INC. <br><br> Defendants. | Case No.: 5:19-cv-1179-LCB |

## ORDER

The plaintiffs filed an amended complaint in this case on August 20, 2020. (Doc. 63). This case was previously consolidated with *Ashley, et al, v. Tyson Farms, Inc., et al.,* 5:19-cv-1180-LCB. However, the amended complaint was improperly filed as it names all of the named plaintiffs from both cases in a single complaint. The amended complaint must be filed separately in each case naming the parties in that particular case. As it stands, there is no amended complaint filed in *Ashley, et al, v. Tyson Farms, Inc., et al.,* 5:19-cv-1180-LCB. Rather, the docket reflects an amended complaint only in *Russell, et al, v. Tyson Farms, Inc., et al.,* 5:19-cv-1179-LCB, that names plaintiffs who were not named in the original complaint. The

amended complaint that was filed on August 20, 2020 (Doc. 63), is therefore **STRICKEN**, and the plaintiffs are **ORDERED** to refile the amended complaint in each case on or before September 8, 2020.

    **DONE** and **ORDERED** September 1, 2020.

    **LILES C. BURKE**
UNITED STATES DISTRICT JUDGE