# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

KATHY RUSSELL; TIFFANY ) 
ASHLEY; and KRYSTAL STASKO, ) 
Individually and on behalf of all ) 
others similarly situated, ) 
                     ) 
       Plaintiffs, ) 
                     ) 
v. )      Case No.: 5:19-cv-1179-LCB 
                     ) 
TYSON FARMS, INC. d/b/a RIVER ) 
VALLEY INGREDIENTS; JASON ) 
SPANN; HYDRASERVICE, INC., ) 
and JASPER WATER WORKS ) 
AND SEWER BOARD, INC. ) 
                     ) 
       Defendants. )

---

TIFFANY ASHLEY; CHARLES ) 
RICHARD CORRY; ) 
BULLHEADED, LLC d/b/a THE ) 
BULLPEN STEAKHOUSE, ) 
                     ) 
       Plaintiffs, ) 
                     ) 
v. )      Case No.: 5:19-cv-1180-LCB 
                     ) 
TYSON FARMS, INC. d/b/a RIVER ) 
VALLEY INGREDIENTS; JASON ) 
SPANN; HYDRASERVICE, INC., ) 
and JASPER WATER WORKS ) 
AND SEWER BOARD, INC. ) 
                     ) 
       Defendants. )

# **ORDER**

Four motions are currently pending before the Court:

- Defendant Tyson Farms Inc.'s Motion to Dismiss or, in the Alternative, Motion for Leave to Conduct Discovery (Doc. 18);

- Defendant Tyson Farms Inc.'s Motion to Strike the Class Allegations (Doc. 20);

- Defendant Jason Spann's Motion to Dismiss or, in the Alternative, Motion for Leave to Conduct Discovery (Doc. 21); and

- Defendant Jason Spann's Motion for Joiner in Defendant Tyson Farms, Inc.'s Reply in Support of Motion to Strike (Doc. 51).

This case is consolidated with *Ashley, et al, v. Tyson Farms, Inc., et al.,* 5:19-cv-1180-LCB, and the same motions appear in that case. *See* (Docs. 18, 19, 20, and 49). This order applies to those motions as well.

On September 8, 2020, the plaintiffs filed an amended complaint. Because the motions above are directed at the initial complaint, they are **MOOT** in light of the amended complaint. As stated in the Court's order of June 12, 2020, the defendants may, if deemed appropriate, refile their motions within 21 days of the filing of the amended complaint, i.e., on or before September 29, 2020.

**DONE** and **ORDERED** September 10, 2020.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE